UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Daniel A. Masino  
Misha E. Masino

Case No.: 17-25780  
Chapter: 7  
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __04/10/18__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1230 Holmes Avenue<br>Vineland, NJ<br>Value $215,850.00 |
|---|---|

| Liens on property: | DiTech<br>$204,173.00 |
|---|---|

| Amount of equity claimed as exempt: | $11,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee  
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25780-JNP
Daniel A Masino                                                           Chapter 7
Misha E Masino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 08, 2018
                              Form ID: pdf905          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
```
db/jdb         +Daniel A Masino,   Misha E Masino,   1230 Holmes Ave,   Vineland, NJ 08361-8542
516982229       Bank Of America,   PO Box 7047,   Dover, DE 19903-7047
517131255       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516982230      +Chase,   Po Box 17202,   Wilmington, DE 19886-7202
516982231      +Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
517023318       Ditech Financial LLC,   KML Law Group PC,   Sentry Office Plaza,   216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
517065613       IRS,   PO Box 725 Special Procedures Function,   Springfield, NJ 07081
517167982      +M&T Bank,   PO Box 1508,   Buffalo NY 14240-1508
517065615       Office of the Attorney General,   25 Market St., PO Box 112,   Richard K Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516982241       Raymour & Flanigan,   PO Box 94498,   Las Vegas, NV 89193-4498
517065616     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   PO Box 245,
                 Dept of Treasure-Division of Taxation,   Trenton, NJ 08695-0245)
517065289      +TD Bank N.A.,   Richard J. Tracy.III Esq,   30 Montgomery Street 1205,
                 Jersey City NJ 07302-3835
517054824      +TD Bank, N.A.,   PO Box 16029,   Lewiston, ME 04243-9507
517119491      +TD Retail Card Services,   c/o Creditors Bankruptcy Services,   P O Box 800849,
                 Dallas, TX 75380-0849
516982243       Toys R Us,   P.O. Box 15325,   Wilmington, DE 19886-5325
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2018 23:24:40      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2018 23:24:37      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517033899       E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2018 23:23:56      Ally Capital,   PO Box 130424,
                 Roseville, MN 55113-0004
516982228      +E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2018 23:23:56      Ally Financial,
                 PO Box 130424,   Saint Paul, MN 55113-0004
516982234       E-mail/Text: mrdiscen@discover.com Mar 08 2018 23:23:58      Discover,   PO Box 15251,
                 Wilmington, DE 19886-5251
516993041       E-mail/Text: mrdiscen@discover.com Mar 08 2018 23:23:58      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516982236      +E-mail/Text: dplbk@discover.com Mar 08 2018 23:25:03      Discover Personal Loans,
                 P.O. Box 30954,   Salt Lake City, UT 84130-0954
516982237       E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2018 23:24:26      Ditech Financial LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
517029502       E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2018 23:24:26
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517065614      +E-mail/Text: cio.bncmail@irs.gov Mar 08 2018 23:24:09      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
516982238      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 08 2018 23:24:01      Kohl's,   P.O. Box 3115,
                 Milwaukee, WI 53201-3115
517134705       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2018 23:26:01
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516982239       E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 23:26:31      Lowes,   PO Box 530914,
                 Atlanta, GA 30353-0914
516982240       E-mail/Text: camanagement@mtb.com Mar 08 2018 23:24:27      M&T Bank,   P.O. Box 64679,
                 Baltimore, MD 21264-4679
517146376       E-mail/Text: bnc-quantum@quantum3group.com Mar 08 2018 23:24:31
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516984648      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 23:26:31      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516982242       E-mail/Text: bankruptcy@td.com Mar 08 2018 23:24:42      Td Bank,   P.O. Box 5600,
                 Lewiston, ME 04243-5600
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516982232*     +Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
516982233*     +Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
516982235*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court:   Discover,   PO Box 15251,   Wilmington, DE 19886-5251)
517065612*      IRS,   PO Box 744,   Springfield, NJ 07081-0744
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Mar 08, 2018
                              Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
```
          Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Seymour   Wasserstrum    on behalf of Debtor Daniel A Masino mylawyer7@aol.com,   ecf@seymourlaw.net
          Seymour   Wasserstrum    on behalf of Joint Debtor Misha E Masino mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```